UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:26-mj-00028 |
| VS. | * | |
| CARTER MILES LEDOUX | * | MAGISTRATE JUDGE LEBLANC |

**O R D E R**

Defendant appeared in court for an initial appearance on a criminal complaint on February 5, 2026, at which time he requested a preliminary hearing. The Government requested a detention hearing pursuant to 18 USC 3142(f)(1)(E), and defendant requested a continuance of the detention hearing. Therefore,

**IT IS ORDERED** that a preliminary hearing and a detention hearing be held on **February 11, 2026, at 1:30 p.m.**, in Courtroom 3, Lake Charles, Louisiana, before Magistrate Judge Thomas P. LeBlanc.

**IT IS ORDERED** that pending the hearing, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS FURTHER ORDERED** that the custodian must bring the defendant to the hearing at the time, date, and place set forth above.

THUS DONE AND SIGNED in chambers this 5th day of February, 2026.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE