# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:26-CR-00058-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CARTER MILES LEDOUX (01)** | **MAGISTRATE JUDGE LEBLANC** |

### MINUTES OF COURT:
**Appeal of Detention Hearing**

| Date: | 2/19/2026 | Presiding: Judge James D. Cain, Jr. | |
|---|---|---|---|
| Court Opened: | 1:51 pm | Courtroom Deputy: | Patrice Jones |
| Court Adjourned: | 2:08 pm | Court Reporter: | D D Juranka |
| Statistical Time: | :17 | Courtroom: | CR4 |
| | | Probation Officer: | Cristina Cypher |

### APPEARANCES

| | | |
|---|---|---|
| Thomas Johnson   (AUSA) | For | United States of America |
| Adam Patrick Johnson, Andrew Thomas Leonards   (RET) | For | Carter Miles Ledoux (01) Defendant |
| Carter Miles Ledoux (01) Defendant | | |

### PROCEEDINGS

**Case called for Hearing on [17] Appeal of Magistrate Judge Decision regarding Detention.**

Oral MOTION by the Government to Unseal case EXCEPT as to the Complaint and associated Affidavit and the detention hearing and detention hearing transcript, no objection, GRANTED.

Argument received from counsel for both sides.

Court overturns the Magistrate's Ruling, and the defendant will be detained pending trial.